RECONSTRUCTION FINANCE CORPORATION, Respondent, v. METROPOLITAN STEEL PRODUCTS CORPORATION, Respondent, and AMERICAN BOWLING & BILLIARD CORP., Appellant.— In an action brought to foreclose a mortgage on real and personal property, an order was duly entered (1) granting plaintiff's motion to dismiss the second separate defense contained in the amended answer of defendant American Bowling & Billiard Corp., as insufficient in law; (2) dismissing the third separate and distinct defense contained in the same answer of that defendant, also interposed by way of counterclaim and cross-action against defendant Metropolitan Steel Products Corporation, as insufficient in law and as improperly interposed in this action as a cross-action against that defendant; (3) granting plaintiff's motion dismissing and striking out the first partial defense contained in the amended answer of defendant American Bowling & Billiard Corp., and granting plaintiff summary judgment for the relief demanded in the complaint; (4) granting a cross-motion made by defendant Metropolitan Steel Products Corporation to dismiss the third separate and distinct defense interposed by defendant American Bowling & Billiard Corp., as a cross-action against defendant Metropolitan Steel Products Corporation, and (5) denying cross-motion of defendant American Bowling & Billiard Corp. for an order directing Wilton D.

Cole, Esq., formerly the attorney for the defendant Metropolitan Steel Products Corporation, to submit certain of his records for an inspection and himself for an examination. From that order defendant American Bowling & Billiard Corp. appeals. Order, in so far as appealed from, affirmed, with ten dollars costs and disbursements to plaintiff-respondent. No opinion. Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ., concur.